IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GINO D. ULMER and BREANNE MCKITTRICK,<br><br>　　　　　Defendants. | CV 19-139-BLG-SPW-TJC<br><br>**ORDER REGARDING PRELIMINARY PRETRIAL CONFERENCE** |

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference scheduled for April 29, 2020 at 11:00 a.m. shall be converted to a telephonic Conference. All counsel shall use the Court's conferencing system to participate in the Conference:

1.　　Dial 1-877-848-7030

2.　　Enter Access Code 5492555 #

DATED this 16th day of March, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge