IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GINO D. ULMER and BREANNE MCKITTRICK,<br><br>Defendants . | CV 19-139-BLG-TJC<br><br>**ORDER** |

Before the Court is Plaintiffs' unopposed Motion to File Second Amended Complaint. (Doc. 20.) The Court notes that Plaintiffs' motion has failed to adhere to L.R. 15.1, which reads in full:

> When a party moves for leave to amend or supplement a pleading, the proposed pleading must be attached to the motion as an exhibit. If leave is granted, the party must promptly file the pleading

Compliance with L.R. 15.1 is required. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to File Second Amended Complaint (Doc. 20) is **REJECTED** with leave to renew.

DATED this 22nd day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge