IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GINO D. ULMER and BREANNE MCKITTRICK,<br><br>　　　　　　　Defendants. | CV 19-139-BLG-TJC<br><br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

　　　Plaintiff has moved the Court for leave to file under seal Exhibit 4 (Doc. 29) to its Statement of Undisputed Facts in support of its motion for summary judgment. (Docs. 26, 28). Good cause appearing,

　　　IT IS ORDERED that the motion to file Exhibit 4 under seal is GRANTED. Upon filing, Plaintiff must adhere to L.R. 5.2.

　　　DATED this 29th day of September, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge